# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-1723
_____

THOMAS A. SOSNOWSKI,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

September 30, 2020

PER CURIAM.

   DISMISSED.

B.L. THOMAS, BILBREY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Thomas A. Sosnowski, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.